**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 23-3284

Robert Pidich et al vs. Walmart Stores Inc

Calendar Date 12/112026 Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Robert M. Buttner

Designation of Arguing Counsel: Robert M. Buttner

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☑ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☐ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Robert Pidich et al

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)